# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHAWN C. LESTER & TRACEY M. LESTER  Case Number: 06-71482
917 N. DAY
ROCKFORD, IL  61101
SSN-xxx-xx-2572 & xxx-xx-2015

Case filed on: 8/18/2006
Plan Confirmed on: 4/20/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,874.98       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,857.03 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,857.03 | 0.00 |
| 003 | OCWEN FEDERAL BANK, FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 8,412.87 | 8,412.87 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ILLINOIS DEPARTMENT OF REVENUE | 3,265.46 | 3,265.46 | 0.00 | 0.00 |
|  | Total Priority | 11,678.33 | 11,678.33 | 0.00 | 0.00 |
| 999 | SHAWN C. LESTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ELITE MOTORS | 9,355.00 | 9,000.00 | 1,792.00 | 0.00 |
| 028 | RENTWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | VAUGHN'S TV & APPLIANCE | 2,937.94 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 12,292.94 | 9,000.00 | 1,792.00 | 0.00 |
| 001 | ELITE MOTORS | 0.00 | 355.00 | 0.00 | 0.00 |
| 002 | OCWEN LOAN SERVICING LLC | 76,573.82 | 76,573.82 | 0.00 | 0.00 |
| 004 | OCWEN LOAN SERVICING LLC | 18,681.70 | 18,681.70 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 360.12 | 360.12 | 0.00 | 0.00 |
| 008 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASPEN CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASPIRE VISA | 717.74 | 717.74 | 0.00 | 0.00 |
| 011 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BROOKSIDE IMMEDIATE & OCCUPATIONAL CARE | 396.50 | 396.50 | 0.00 | 0.00 |
| 013 | COLLECTECH SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DR. MARY WHITE PODIATRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FINANCIAL ASSET MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PREMIER BANKCARD/CHARTER | 415.62 | 415.62 | 0.00 | 0.00 |
| 018 | ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MARTINEZ AUTO REPAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 995.24 | 995.24 | 0.00 | 0.00 |
| 022 | NICOR GAS | 385.18 | 385.18 | 0.00 | 0.00 |
| 023 | ATTORNEY TERRY HOSS & | 113.00 | 113.00 | 0.00 | 0.00 |
| 024 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ASPIRE VISA | 488.48 | 488.48 | 0.00 | 0.00 |
| 027 | ECMC | 3,730.38 | 3,730.38 | 0.00 | 0.00 |
| 030 | ASPIRE VISA | 327.23 | 327.23 | 0.00 | 0.00 |
| 031 | ASPEN-S GOLD MASTERCARD | 742.26 | 742.26 | 0.00 | 0.00 |
| 032 | LA CHAPELLE CREDIT SERVICE INC | 204.00 | 204.00 | 0.00 | 0.00 |
| 033 | ILLINOIS DEPARTMENT OF REVENUE | 484.61 | 484.61 | 0.00 | 0.00 |
| 034 | RJM ACQUISITIONS FUNDING LLC | 37.65 | 37.65 | 0.00 | 0.00 |
|  | Total Unsecured | 104,653.53 | 105,008.53 | 0.00 | 0.00 |
|  | Grand Total: | 131,624.80 | 128,686.86 | 3,649.03 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | | |
|---|---|---|
| Total Paid Claimant: | $3,649.03 | |
| Trustee Allowance: | $225.95 | Wherefore, your petitioner prays that a final Decree be entered |
| Percent Paid Unsecured: | 0.00 | discharging the trustee and the trustee's surety from any and all |
| | | liablility on account of the within proceedings, and closing the estate, |
| | | and for such other relief as is just. Pursuant to FRBP, I hereby |
| | | certify that the subject case has been fully administered. |

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>11/30/2007</u>        By <u>/s/Heather M. Fagan</u>